LAWRENCE OLSEN, Respondent, *v.* NEW YORK AND LONG ISLAND TRACTION COMPANY, Appellant.

Reported below, 124 App. Div. 913.
(Argued March 30, 1908; decided April 7, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 5, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal is unauthorized, the decision of the Appellate Division having been unanimous by all of the judges who considered the appeal.

*Pierre M. Brown* for motion.

*I. R. Oeland* opposed.

Motion denied, with ten dollars costs.